**Order filed February 21, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01088-CV
_____

### REMOTE CONTROL HOBBIES LLC, ET AL, Appellants

V.

### AIRBORNE FREIGHT CORP., ET AL, Appellees

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 829934-401**

## O R D E R

Appellant's brief was due January 31, 2013**.** No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **March 25, 2013**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM